# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JENNIFER ANN SAMSON** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 24-1888** |
| **SOCIAL SECURITY ADMINISTRATION** | **SECTION: "A"(5)** |

## ORDER

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation (rec. doc. 16), and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's brief (rec. doc. 8) is **REJECTED**, Defendant's brief (rec. doc. 11) is **SUSTAINED**, and Plaintiff's case is **DISMISSED WITH PREJUDICE**.

April 25, 2025

_____
**UNITED STATES DISTRICT JUDGE**